UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

KIERELLE MONTRELL BURNS,

        Petitioner,

v.

SHANE JACKSON,

        Respondent.
_____/

Case No. 1:20-cv-1003

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: November 13, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge