UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KIERELLE MONTRELL BURNS,

        Petitioner,               Case No. 1:20-cv-1003

v.                                    Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  November 13, 2020                    /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge